JS-6

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10  ANGEL RIVERA,                          Case No. 2:18-CV-05596-JLS (GJS)
11              Petitioner,                **JUDGMENT**
12       v.
13  J. ENGLEMAN, WARDEN,
14              Respondent.
15
16
17       Pursuant to the Court's Order Rejecting Report and Recommendation and
18  Denying Petition for Writ of Habeas Corpus:
19       IT IS HEREBY ADJUDGED THAT the Petition for Writ of Habeas Corpus is
20  DENIED, and this action is DISMISSED WITH PREJUDICE.
21
22       Dated: April 01, 2019
23                                         _____
24                                         Hon. Josephine L. Staton
                                           United States District Judge
25
26
27
28